AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

OZELIO PEREIRA DE ASSIS, A/K/A OZELIO PEREIRA, A/K/A JOAO PEREIRA
248 Massachusetts Avenue, Arlington, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ 05-850-MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 2004 through May 2005__ in __Essex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) transfer false identification documents and possessed document making implements,

in violation of Title __18__ United States Code, Section(s) __1028(a)(2) and 1028(a)(5)__.

I further state that I am a(n) __ICE Special Agent__ and that this complaint is based on the following facts:
Official Title

See attached Affidavit of Dana Fiandaca

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

May 26 2005 @ 2:40PM    at    Boston    Boston, MA
Date                                                              City and State

Marianne B. Bowler
United States Magistrate Judge                       Marianne B. Bowler USMJ
Name & Title of Judicial Officer                        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.