UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                  )<br>)<br>OZELIO PEREIRA DE ASSIS,       )<br>A/K/A OZELIO PEREIRA ASSIS,    )<br>A/K/A JOAO PEREIRA,             )<br>)<br>        Defendant.             )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO.: 05-10137-WMG<br><br>VIOLATIONS:<br>18 U.S.C. §1028(a)(2) -<br>(Transfer of False<br> Identification Documents)<br>18 U.S.C. §1028(a)(5) -<br>(Possession of Document-Making<br> Implements)<br>18 U.S.C. §2<br>(Aiding and Abetting)<br>18 U.S.C. §1028(b)(5) -<br>(Criminal Forfeiture)<br>18 U.S.C. §982(a)(2)(B)<br>(Criminal Forfeiture) |

INDICTMENT

**COUNT ONE**:   **(Title 18, United States Code, Section 1028(a)(2)-**
              **Transfer of False Identification Documents)**

Between in or about October of 2004 through in or about May of 2005, at Peabody and elsewhere, in the District of Massachusetts,

**OZELIO PEREIRA DE ASSIS,**
**A/K/A OZELIO PEREIRA ASSIS,**
**A/K/A JOAO PEREIRA,**

the defendant herein, did knowingly transfer false identification documents, to wit, counterfeit Social Security account number cards and counterfeit alien registration cards, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2) and Title 18, United States Code, Section 2.

COUNT TWO:    (Title 18, United States Code, Section 1028(a)(5)-
              Possession of Document-Making Implements)

The Grand Jury charges as follows:

Between on or about May 24, 2005 and on or about May 25, 2005, at Peabody, in the District of Massachusetts,

**OZELIO PEREIRA DE ASSIS,
A/K/A OZELIO PEREIRA ASSIS,
A/K/A JOAO PEREIRA,**

the defendant herein, knowingly produced, transferred and possessed document-making implements, to wit, one ream of gray paper stock, three notebooks (one containing what appears to be biographical information, names and dates of birth, of various persons), two sheets of passport style photos of two different persons, several laminating pouches, one Brazilian driver's history record for an unknown person, and one Sony video camera, with the intent that such document-making implements would be used in the production of false identification documents.

All in violation of Title 18, United States Code, Section 1028(a)(5) and Title 18, United States Code, Section 2.

**FORFEITURE ALLEGATIONS**

Title 18, United States Code, Section 1028(b)(5),
Title 18, United States Code, Section 982(a)(2)(B)
(Criminal Forfeiture)

1. As a result of committing one or more of the transfer of false identification documents and/or possession of document-making implements offenses, in violation of 18 U.S.C. § 1028(a) alleged in Counts One and Two of this Indictment,

**OZELIO PEREIRA DE ASSIS,
A/K/A OZELIO PEREIRA ASSIS,
A/K/A JOAO PEREIRA,**

defendant herein, shall forfeit to the United States: (1) any and all personal property used or intended to be used to commit one or more of the offenses, pursuant to Title 18, United States Code, Section 1028(b)(5); and (2) any and all property constituting, or derived from, proceeds obtained directly or indirectly, as the result of one or more of the offenses, pursuant to Title 18, United States Code, Section 982(a)(2)(B).

2. If, as a result of any act or omission of the defendant, the above-described forfeitable property –

   (1) cannot be located upon the exercise of due diligence;

   (2) have been transferred or sold to, or deposited with, a third party;

   (3) have been placed beyond the jurisdiction of the Court;

   (4) have been substantially diminished in value; or

   (5) have been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 1028(g) and/or 982(b)(1), all of which incorporate Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

All pursuant to Title 18, United States Code, Sections 982, and 1028.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                June 1, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

6/1/05
3:45 pm

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** ICE

**City** Peabody   **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant   X   New Defendant _____
Magistrate Judge Case Number   MJ-05-850-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   OZELIO PEREIRA DE ASSIS   Juvenile   ☐ Yes   ☒ No

Alias Name   OZELIO PEREIRA ASSIS, JOAO PEREIRA

Address   248 Massachusetts Avenue, Arlington, MA

Birth date (Year only): 1979   SSN (last 4 #): ____   Sex M   Race: ____   Nationality: Brazil

**Defense Counsel if known:**   Roger Witkin, Esq.   Address: 6 Beacon Street, Suite 1010
Boston, MA 02108

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Antoinette E.M. Leoney   Bar Number if applicable   545567

**Interpreter:**   ☒ Yes   ☐ No   List language and/or dialect:   Portuguese/Brazilian

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date:   5/25/2005 - INS/ICE Administrative Arrest

☒ Already in Federal Custody as of   5/25/05   in   Plymouth HC
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   June 1, 2005   **Signature of AUSA:**   /s/ Antoinette Leoney

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    OZELIO PEREIRA DE ASSIS, a/k/a OZELIO PEREIRA ASSIS, a/k/a JOAO PEREIRA

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1028(a)(2) | Transfer of False Identification Documents | 1 |
| Set 2 | 18 U.S.C. § 1028(a)(5) | Possession of Document Making Implements | 2 |
| Set 3 | 18 U.S.C. § 2 | Aiding and Abetting | 1, 2 |
| Set 4 | 18 U.S.C. § 1028(b)(5) | Criminal Forfeiture Allegation | |
| Set 5 | 18 U.S.C. § 982(a)(2)(B) | Criminal Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

crim.cov2.JS45.wpd - 1/15/04 (USAO-MA)