UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                                    NO. 05 10137 NMG

OZELIO PEREIRA DE ASSIS

MOTION TO CONTINUE INITIAL STATUS CONFERENCE

The defendant says that he has received notice of the initial status conference set for July 11, 2005 at 2:30 p.m. in courtroom 25, before Magistrate Judge Maryianne B. Bowler.

The defendant says that his counsel is counsel in a Board of Bar Overseers matter which is scheduled for hearing on July 11, 2005 at 2:00 p.m. The matter to be tried at that time is a Petition for Reinstatement by a now suspended lawyer.

Wherefore the defendant moves that the initial status conference as set presently be changed until a more convenient date.

*/s/Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED: June 8, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                NO. 05 10137 NMG

OZELIO PEREIRA DE ASSIS

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon U.S. Attorney Antoinette E. M. Leone, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and a courtesy copy to the Courtroom Clerk for Honorable Marianne Bowler, Dianalynn Saccoccio, United States Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210 by efile/email and prepaid postage this 8th day of June, 2005.

/s/Roger Witkin
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE: June 8, 2005