```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
          V.                    )    Criminal No. 05-10137-NMG
                                )
                                )
OZELIO PEREIRA DE ASSIS,        )
                                )
          Defendant.            )
```

**ASSENTED-TO MOTION TO EXCLUDE THE TIME
FROM JULY 14, 2005 THROUGH AUGUST 5, 2005,
AND FOR AN ORDER ON EXCLUDABLE DELAY**

The United States hereby moves move, pursuant to 18 U.S.C. §3161(h)(8)(A) and Section 5(c)(1)(A) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, to exclude the time within which trial must commence under 18 U.S.C. §3161(c)(1), excluding from such computation all time, commencing on July 14, 2005 (date of initial status conference), and concluding on August 5, 2005 (date of interim status conference).

As grounds therefor, the undersigned states that additional time is needed for counsel for the defendant to finish reviewing the discovery materials, and the Court has granted said request.

WHEREFORE, the parties respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice are served by granting the requested exclusion, and that said exclusion outweighs the best interest of the public and the defendants in a speedy trial, and,

accordingly, exclude all time, **commencing on July 14, 2005, and concluding on August 5, 2005**, in computing the time within which trial must commence under 18 U.S.C. §3161, and request that the Court enter an Order of Excludable Delay.

Counsel for the defendant, Roger Witkin, Esq., has given his assent to this motion.

```
                              MICHAEL J. SULLIVAN
                              United States Attorney
                        By:


                               /s/Antoinette E.M. Leoney
                              ANTOINETTE E.M. LEONEY
                              Assistant U.S. Attorney
                              (617) 748-3103
```

Dated:   July 14, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document electronic court filing and/or regular mail:

Roger Witkin, Esq.
6 Beacon Street, Suite 1010
Boston, MA 02108

This 14th day of June, 2005.

```
                               /s/Antoinette E.M. Leoney
                              ANTOINETTE E.M. LEONEY
                              Assistant U.S. Attorney
```