# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 05-10137-NMG

UNITED STATES OF AMERICA

v.

OZELIO PEREIRA DE ASSIS
a/k/a Ozelio Pereira Assis
a/k/a Joao Pereira

### FINAL STATUS REPORT

August 5, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with the transfer of false identification documents, possession of document making instruments and aiding and abetting, was returned on June 1, 2005;

2. The defendant was arraigned on the Indictment on June 2, 2005;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five to ten witnesses and that the trial would last approximately one week;

5. The government and counsel for the defendant have indicated that discovery is complete and request that the case is returned to the district judge;

6. As of the date of this Final Status Report, time has been excluded through August 5, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge