UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                    NO. 05 10137 NMG

OZELIO PEREIRA DE ASSIS

MOTION TO CHANGE DATE OF CHANGE OF PLEA HEARING

The defendant moves to change the date set for the change of plea hearing.

The change of plea hearing has been set for October 13, 2005 at 3:30 p.m.

October 13, 2005 is Yom Kippur, the highest Jewish holiday, of which faith counsel is a member.

Further, counsel is scheduled to start a trial before Judge Tauro on October 11, 2005 (with the exception of October 13) which ought to last for two (2) weeks.

The name of the case is *United States v. Anthony Raymond*, no. 04-10293 JLT 3.

Wherefore the defendant moves that the date of the presently scheduled change of plea hearing be changed.

> /s/Roger Witkin
> Roger Witkin
> 6 Beacon Street, Suite 1010
> Boston, MA 02108
> Tel. 617 523 0027
> Fax 617 523 2024

DATED:  September 21, 2005                    BBO No. 53l780

Case 1:05-cr-10137-NMG   Document 18   Filed 09/21/2005   Page 2 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              NO. 05 10137 NMG

OZELIO PEREIRA DE ASSIS


CERTIFICATE OF SERVICE


I hereby certify that on this day a true copy of the within document was served upon U.S. Attorney Antoinette E. M. Leone, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and a courtesy copy to the Craig Nicewicz, Courtroom Clerk for Honorable Nathaniel M. Gorton, United States Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210 by efile/email and prepaid postage this 21st day of September, 2005.


/s/Roger Witkin
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  September 21, 2005